BLANK ROME LLP
Thomas H. Belknap, Jr.
Alan M. Weigel
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
Attorneys for Oilmar Co. Ltd.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OILMAR CO. LTD., PANAMA,<br>      Plaintiff,<br> -against-<br>ENERGY TRANSPORT, LTD., and P.T. CABOT INDONESIA,<br>      Defendants. | **CONSOLIDATED CASES**<br><br>3:03-CV-1121 (JCH) |
| THE INTERESTED UNDERWRITERS AT LLOYD'S and THAI TOKAI PRODUCT CO. LTD.,<br>      Plaintiffs,<br> -against-<br>M/T SAN SEBASTIAN, *et al.*,<br>      Defendants. | 3:03-CV-1125 (JCH) |
| PT CABOT INDONESIA,<br>      Plaintiff,<br> -against-<br>M.V. SAN SEBASTIAN, *et al.*,<br>      Defendants. | 3:03-CV-1147 (JCH) |
| CARBON BLACK PUBLIC CO., LTD.,<br>      Plaintiff,<br> -against-<br>M/T SAN SEBASTIAN, *et al.*,<br>      Defendants. | 3:03-CV-1153 (JCH) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Oilmar Co. Ltd. ("Oilmar") hereby appeals to the United States Court of Appeals for the Second Circuit from a final Judgment entered on October 21, 2014, denying Oilmar's petition to vacate and confirming the Partial Final Liability Award

issued June 13, 2013 and the Final Award on Quantum of Damages issued August 19, 2014 in favor of P.T. Cabot Indonesia and Energy Transport Limited.

This 3rd day of November 2014.

                Respectfully submitted,
                BLANK ROME LLP

By:/s/*Thomas H. Belknap*
    Thomas H. Belknap
    Alan M. Weigel
    The Chrysler Building
    405 Lexington Avenue
    New York, New York 10174
    (212) 885-5000
    tbelknap@blankrome.com

Attorneys for Oilmar Co., Ltd.

To:    By ECF

    Clerk, United States District Court
    District of Connecticut

    Marshall Dennehey, Warner Coleman & Goggin PC
    Edward C. Radzik, Esq.
    Wall Street Plaza
    88 Pine St., 21st Floor
    New York, New York 10005-1801
    (212) 376-6439
    Attorneys for P.T. Cabot Indonesia and Energy Transport Limited